No. 91–6878. SHELTON *v.* DAVIS ET AL.; and

No. 91–6879. SHELTON v. MATTINA ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 948 F. 2d 1277.